IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
FLORENCE DIVISION

Joseph Martin Swaringen,

        Plaintiff,

C.A. No.: 4:10-cv-02825-RBH-TER

vs.

**ORDER**

Robert Arial, Solicitor Greenville County; )
County Administrator, Greenville County; )
Greenville Count Detention Center; Scott )
Bodiford, Jail Administrator; Director )
Home Incarceration Program, 11/03/08- )
11/30/09; Corporal Whitner; Corporal )
Childress; Corporal Cook; Greenville )
County Solicitor's Office; James Dorreity, )
Ass. County Administrator Dept. of Public
Safety; Director Dept. of Public Safety,
Greenville County;

        Defendants.

        Plaintiff, proceeding *pro se*, brought this suit pursuant to 42 U.S.C. § 1983, alleging

violations of his rights while he was a pretrial detainee in the Greenville County Detention

Center.  This matter is before the court for review of the Report and Recommendation of

United States Magistrate Judge Thomas E. Rogers, III, made in accordance with 28 U.S.C.

§ 636(b)(1)(B) and Local Rule 73.02 for the District of South Carolina.

        The Magistrate Judge makes only a recommendation to this court.  The recommenda-

tion has no presumptive weight.  The responsibility to make a final determination remains with

this court.  See Mathews v. Weber, 423 U.S. 261, 270-71 (1976).  The court is charged with

making a de novo determination of those portions of the Report and Recommendation to

1

which specific objection is made, and the court may accept, reject, or modify, in whole or in part, the recommendation of the Magistrate Judge or recommit the matter with instructions. See 28 U.S.C. § 636(b)(1).

Neither party has filed objections to the Report and Recommendation. In the absence of objections to the Report and Recommendation of the Magistrate Judge, this court is not required to give any explanation for adopting the recommendation. See Camby v. Davis, 718 F.2d 198, 199 (4th Cir. 1983). The Court reviews only for clear error in the absence of an objection. See Diamond v. Colonial Life & Accident Ins. Co., 416 F.3d 310 (4th Cir. 2005) stating that "in the absence of a timely filed objection, a district court need not conduct *de novo* review, but instead must 'only satisfy itself that there is no clear error on the face of the record in order to accept the recommendation.'" (quoting Fed. R. Civ. P. 72 advisory committee's note).

After a thorough review of the record in this case, the Court finds no clear error. Accordingly, the Report and Recommendation of the Magistrate Judge is adopted and incorporated by reference. Therefore, it is

**ORDERED** that the Amended Complaint is partially dismissed, without prejudice and without issuance and service of process, as to the following Defendants: Robert Ariail, Solicitor Greenville County; County Administrator, Greenville County; Director Dept. of Public Safety, Greenville County; Greenville County Detention Center; Director, Home Incarceration Program 11/03/08-11/30/09; Corporal Cook; and Greenville County Solicitor's Office.

2

**IT IS SO ORDERED.**

   s/R. Bryan Harwell
R. Bryan Harwell
United States District Judge

Florence, South Carolina
May 23, 2011